IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ANTHONY BLAKE LOWREY,           *

    Petitioner              *

vs.                             *

                                    CASE NO. 3:12CV09 (CDL)

MICHAEL FREDRICK, et al.,       *

    Respondents             *

O R D E R

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on November 14, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.  The Court also adopts the Magistrate Judge's Recommendation that a Certificate of Appealability be denied

    IT IS SO ORDERED, this 7th day of December, 2012.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE